IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LASTER, | 1:11-cv-01152-SKO (PC) |
| Plaintiff, | ORDER TO PAY FILING FEE IN FULL OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN THIRTY DAYS |
| vs. | |
| R. ATHEY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983, did not pay the $350.00 filing fee or file an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, IT IS HEREBY ORDERED that:

Within **thirty (30) days** from the date of service of this order, Plaintiff shall either pay the $350.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:   July 15, 2011**              /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE

-1-