IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LASTER, | 1:11-cv-01152-SKO (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED COMPLAINT AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS |
| vs. | |
| R. ATHEY, et al., | (Doc. 1) |
| Defendants. / | |

On July 13, 2011, Plaintiff Michael Laster, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff neglected to sign his complaint and the Court cannot consider unsigned filings.[1] Fed. R. Civ. P. 11(a); Local Rule 131.

Accordingly, Plaintiff's unsigned complaint is HEREBY STRICKEN from the record and Plaintiff shall file a signed complaint within **thirty (30) days** from the date of service of this order.

**The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:  July 15, 2011**          /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff typed his name along with an /s/, but that is an electronic signature format. Local Rule 131(f). Since Plaintiff does not have access to the electronic filing system, he is required to sign his name.

-1-