# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LASTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. ATHEY,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:11-cv-01152-SKO PC<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME AND DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPY OF DOCKET<br><br>(Doc. 15) |

Plaintiff Michael Laster, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 13, 2011. On June 6, 2012, Plaintiff filed a motion seeking an extension of time. However, Plaintiff is not currently subject to any pending deadlines and to the extent Plaintiff is asserting he did not receive a particular order, that is unclear. Plaintiff complied with the recent order directing him to submit service documents and the Marshal has been directed to initiate service on Defendant Athey. Thus, there is nothing further for Plaintiff to do at this juncture. The Court will direct the Clerk's Office to send Plaintiff a copy of the docket. However, in as much Plaintiff has no pending deadlines, his motion for an extension of time shall be denied.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for an extension of time is DENIED and the Clerk's Office shall send Plaintiff a copy of the docket.

IT IS SO ORDERED.

**Dated:   June 7, 2012**　　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1