1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   MICHAEL LASTER,                                CASE NO. 1:11-cv-01152-LJO-SKO PC

10                          Plaintiff,             ORDER GRANTING DEFENDANT'S
                                                   REQUEST FOR LEAVE TO DEPOSE
11          v.                                     PLAINTIFF BY VIDEOCONFERENCE

12   R. ATHEY,                                     (Doc. 24)

13                          Defendant.

14   _____/

15          Plaintiff Michael Laster, a state prisoner proceeding pro se and in forma pauperis, filed this

16   civil rights action pursuant to 42 U.S.C. § 1983 on July 13, 2011, and a scheduling order was issued

17   on August 14, 2012.  This action is currently in the discovery phase, and on March 7, 2013,

18   Defendant Athey filed a motion seeking leave to depose Plaintiff by videoconference.  Fed. R. Civ.

19   P. 30(b)(4).

20          Good cause having been shown, Defendant's motion is HEREBY GRANTED.

21

22   IT IS SO ORDERED.

23   **Dated:    March 8, 2013**                          /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

1