# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LASTER,<br><br>        Plaintiff,<br><br>    v.<br><br>R. ATHEY,<br><br>        Defendant.<br>_____ / | CASE NO. 1:11-cv-01152-LJO-SKO PC<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER TO PERMIT FILING OF UNENUMERATED RULE 12(B) MOTION AND SUA SPONTE EXTENDING PRETRIAL DISPOSITIVE MOTION DEADLINE<br><br>(Doc. 29)<br><br>Unenumerated Rule 12(b) Motion Deadline: 08/01/2013<br>Pretrial Dispositive Motion Deadline: 09/13/2013 |

Plaintiff Michael Laster, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 13, 2011. This action for damages is proceeding against Defendant Athey for violation of the Eighth Amendment. On April 22, 2013, Defendant filed a motion seeking leave to modify the scheduling order to file a motion to dismiss for failure to exhaust.[1] Fed. R. Civ. P. 12(b), 16(b). Plaintiff filed an opposition on May 3, 2013, and Defendant filed a reply on May 10, 2013. Local Rule 230(l).

Defendant seeks leave to modify the scheduling order to allow her to file a motion to dismiss for failure to exhaust, if the parties cannot reach a settlement agreement at the settlement conference set for June 14, 2013. Plaintiff's opposition to the motion is noted, along with his representation that he exhausted, negating any basis for the motion. The issue of whether or not Plaintiff exhausted his

---

[1] This motion cures the deficiencies which concerned the Court with respect to initial the motion filed on April 16, 2013.

1

claim prior to filing suit is not before Court and it will become an issue only if Defendant files a motion to dismiss.  Federal Rule of Civil Procedure 11(b) protects against the filing of frivolous motions and therefore, if Defendant files a future motion, it must necessarily be based upon her belief that there are grounds for the relief sought.

At this juncture, Defendant is seeking only to protect her ability to file a motion if the case does not settle.  The Court finds that good cause has been shown for the request, and the Court HEREBY ORDERS as follows:

1. Defendant's motion for leave to modify the scheduling order to file an unenumerated Rule 12(b) motion is GRANTED;

2. If the parties do not reach a settlement agreement on June 14, 2013, the deadline for filing an unenumerated Rule 12(b) motion is August 1, 2013; and

3. The deadline for filing pretrial dispositive motions (e.g., motions for summary judgment) is extended, sua sponte, from June 24, 2013, to September 13, 2013.

IT IS SO ORDERED.

**Dated:   June 4, 2013**                   /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE