# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LASTER, | Case No. 1:11-cv-001152-AWI-SKO PC |
| Plaintiff, | ORDER REQUIRING DEFENDANT TO FILE NOTICE OF VOLUNTARY DISMISSAL SIGNED BY BOTH PARTIES OR STATUS REPORT WITHIN TWENTY DAYS |
| v. | |
| R. ATHEY, | |
| Defendant. | (Doc. 36) |

Plaintiff Michael Laster, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 13, 2011. This action for damages is proceeding against Defendant Athey for violation of the Eighth Amendment. On June 14, 2013, United States Magistrate Judge Michael J. Seng held a settlement conference during which the case settled. Dismissal documents were to be filed by Defendant, but to date, only the notice of settlement, filed on June 26, 2013, has been received.

Within **twenty (20) days** from the date of service of this order, Defendant shall file either (1) the notice of dismissal signed by both parties or (2) a status report.[1]

IT IS SO ORDERED.

Dated: **January 10, 2014**     /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

---

[1] On September 9, 2013, Plaintiff filed a notice that the terms of the settlement had not yet been fulfilled, although at the time of Plaintiff's notice, the ninety-day time period within which finalization was to occur had not yet expired.