KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
JOANNA B. HOOD, State Bar No. 264078
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA  94244-2550
 Telephone:  (916) 324-4785
 Facsimile:  (916) 324-5205
 E-mail: Joanna.Hood@doj.ca.gov
*Attorneys for Defendant R. Athey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| **MICHAEL LASTER**,<br><br>                                    Plaintiff,<br><br>      v.<br><br>**R. ATHEY**,<br><br>                                    Defendant. | Case No. 1:11-cv-01152-LJO-SKO (PC)<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

   Plaintiff Michael Laster and Defendant R. Athey have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

   Each party shall bear its own litigation costs and attorney's fees.

   It is so stipulated.

Dated:   6-14-2013                                    */s/ Michael Laster*

                                                       MICHAEL LASTER, Plaintiff

1

1 | Dated:    6/14/13                              */s/ Misha D. Igra*
2 |                                                 MISHA D. IGRA
   |                                                 Supervising Deputy Attorney General
3 |                                                 *Attorney for Defendant R. Athey*

   In accordance with the parties' stipulation, this action is HEREBY ORDERED

DISMISSED, with prejudice, and the Clerk of the Court shall close the file.

IT IS SO ORDERED.

   Dated:   **January 14, 2014**              */s/ Lawrence J. O'Neill*
                                               UNITED STATES DISTRICT JUDGE

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (1:11-CV-01152 SKO (PC))